UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHONDOLYN ROCHELLE BLEVINS,<br><br>                    Petitioner,<br><br>     v.<br><br>ISRAEL JACQUEZ,<br><br>                    Respondent. | CASE NO. C20-718 RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION (DKT. 12) FOR EXTENSION OF TIME TO RESPOND** |

Petitioner filed two motions for extension. The first, filed September 11, 2020, was premature because there was no deadline Plaintiff needed to meet that required an extension. Dkt. 9. The second, filed February 26, 2021, requests additional time to reply to the Response that Respondent filed on February 8, 2021. Dkts. 11 and 12.

Because petitioner is a *pro se* prisoner, the Court finds it appropriate to grant her request for extension. In granting the request, the Court makes no ruling regarding plaintiff's claim respondent intentionally disabled the law library in an attempt to force her to withdraw this action. The Court thus ORDERS:

(1)  The motion for extension, Dkt. 9, is stricken as moot and the motion for an extension of time to file a reply to the response is GRANTED. Dkt. 12.

(2)  Plaintiff shall file her reply no later than April 19, 2021.

ORDER GRANTING PLAINTIFF'S MOTION
(DKT. 12) FOR EXTENSION OF TIME TO
RESPOND - 1

(3)  The clerk shall renote the respondent's response, Dkt. 11, for April 23, 2021.

(4)  The clerk shall provide copies of this order to the parties.

DATED this 19th day of March, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
(DKT. 12) FOR EXTENSION OF TIME TO
RESPOND - 2