UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHONDOLYN ROCHELLE BLEVINS,

        Petitioner,

   v.

ISRAEL JACQUEZ,

        Respondent.

CASE NO. C20-718 RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     The matter is dismissed with prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties.

Dated this 17th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1